1

2    **E-Filed 5/6/09**

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN JOSE DIVISION**

11

12   PAUL CICALA, et al.,                    Case Number C 08-4032 JF (PVT)

13                    Plaintiffs,

14            v.

15   CITY OF SAN JOSE, et al.,

16                    Defendants.

17   ──────────────────────────────          Case Number C 09-176 RMW (PVT)

18   FRANCISCO VALDEZ, et al.,

19                    Plaintiffs,            ORDER REQUESTING BRIEFING
                                            ON WHETHER THE TWO ABOVE-
20            v.                            CAPTIONED CASES SHOULD BE
                                            RELATED
21   CITY OF SAN JOSE, et al.,

22                    Defendants.

23

24

25        It appears to the undersigned that the two above-captioned cases may be related.  Any

26   party that wishes to take a position as to whether the cases are related may file a short brief

27   addressing this issue on or before May 12, 2009.

28

     Case No. C 08-4032 JF (PVT) / C 09-176 RMW (PVT)
     ORDER REQUESTING BRIEFING RE RELATED CASE
     (JFLC2)

1   IT IS SO ORDERED.

2

3

4

5

6

7   DATED:  5/6/09

8

9   _____
    JEREMY FOGEL

10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   Copies of Order served on:

2

3   In C 08-4032 JF (PVT):

4   Anthony Boskovich policemisconduct@compuserve.com

5   Clifford S. Greenberg cao.main@sanjoseca.gov

6   Richard D. North cao.main@sanjoseca.gov, richard.north@sanjoseca.gov

7

8   In C 09-176 RMW (PVT):

9   Andrew Vinson Stearns astearns@loboinc.com, dbrothers@loboinc.com,
    icamarena@loboinc.com, lmoniz@loboinc.com, sberki@loboinc.com

10  Clifford S. Greenberg cao.main@sanjoseca.gov

11  Ignascio Gallegos Camarena , II icamarena@loboinc.com

12  M. Jeffery Kallis M_J_Kallis@Kallislaw.org, anna_khuu@kallislaw.com,
13  Jeff_kallis@Kallislaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 08-4032 JF (PVT) / C 09-176 RMW (PVT)
ORDER REQUESTING BRIEFING RE RELATED CASE
(JFLC2)