RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
RICHARD D. NORTH, Deputy City Attorney (#225617)
Office of the City Attorney
200 East Santa Clara Street
San Jose, California 95113
Telephone:   (408) 535-1900
Facsimile:   (408) 998-3131
Email:   cao.main@sanjoseca.gov

Attorneys for Defendants CITY OF SAN JOSE,
ROBERT DAVIS, and OFFICERS R. AGAMAN,
MARTIN, RICKERT, WALLACE, and ORLANDO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE FACILITY

| | |
|---|---|
| FRANCISCO VALDEZ, individually and on behalf of those persons similarly situated; RICARDO VASQUEZ, individually and on behalf of those persons similarly situated; DANIEL MARTINEZ, individually, and on behalf of those persons similarly situated; and JAMIL STUBBS, individually, and on behalf of those persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, as a municipal corporation; SAN JOSE POLICE CHIEF ROBERT DAVIS, in his individual and official capacity; OFFICER R. AGAMAN (#4041) in his individual and official capacity; OFFICER MARTIN (#3894), in his individual and official capacity; OFFICER RICKERT (#3734), in his individual and official capacity; OFFICER WALLACE (#3922); OFFICER ORLANDO, in his individual and official capacity; and DOES 1 through 2500, as entities of unknown form and unknown capacities,<br><br>Defendants. | NO.:   C09-00176 RMW (PVT)<br><br>**STIPULATION CONTINUING HEARING DATE; AND** xxxxxxxxxxxxx**ORDER** |

/ / /

/ / /

STIP CONTINUING HEARING DATE; AND [PROPOSED] ORDER        1        674414

1  IT IS STIPULATED BETWEEN THE PARTIES THAT:

2      1.    The hearing on Plaintiffs' Motion to Compel Production of Police Records is
3  currently set for August 3, 2010, at 10:00 a.m.

4      2.    The parties wish to continue said hearing to August 10, 2010, at 10:00 a.m.

5  DATED:  July 9, 2010                           RICHARD DOYLE, City Attorney

6                                                 By:  _____/s/ Clifford S. Greenberg_____
7                                                        CLIFFORD S. GREENBERG
                                                         Senior Deputy City Attorney

8                                                 Attorneys for Defendants CITY OF SAN
                                                  JOSE, ROBERT DAVIS, and OFFICERS R.
9                                                 AGAMAN, MARTIN, RICKERT, WALLACE,
                                                  and ORLANDO
10

11  DATED:  July 9, 2010                          BUSTAMANTE, O'HARA & GAGLIASSO PC

12                                                By:  _____/s/ Andrew V. Stearns_____
                                                         ANDREW V. STEARNS
13

14                                                Attorneys for Plaintiffs FRANCISCO
                                                  VALDEZ, et al.

15

16      I affirm that Plaintiff's counsel has consented to the electronic filing of this document on
17  plaintiff's behalf.

18  DATED:  July 9, 2010                          RICHARD DOYLE, City Attorney

19                                                By:  _____/s/ Clifford S. Greenberg_____
20                                                       CLIFFORD S. GREENBERG
                                                         Senior Deputy City Attorney

21                                                Attorneys for Defendants CITY OF SAN
                                                  JOSE, ROBERT DAVIS, and OFFICERS R.
22                                                AGAMAN, MARTIN, RICKERT, WALLACE,
                                                  and ORLANDO
23

24

25  **ORDER**

26      IT IS ORDERED that hearing on Plaintiffs' Motion to Compel Production of Police
27  Records be continued to August 10, 2010, at 10:00 a.m.

28  DATED:  July 26, 2010                         *Patricia V. Trumbull*
                                                  MAGISTRATE JUDGE PATRICIA V. TRUMBULL

UNITED STATES DISTRICT COURT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28