**E-Filed 9/7/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VALDEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of San Jose, et al., <br><br> Defendants. | Case Number 5:09-CV-00176-RMW/PVT <br><br> ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' OBJECTION TO THE MAGISTRATE JUDGE'S RULING |

On August 25, 2010, Defendants filed an objection Magistrate Judge Trumbull's order of August 11, 2010, directing production of police files. Despite the procedural defects noted in Plaintiffs' response to the objection, the Court will consider the objection on the merits. Plaintiffs shall file a substantive response on or before September 15, 2010. Defendants shall file any reply on or before September 20, 2010. The matter thereafter will be submitted without oral argument.

IT IS SO ORDERED.

DATED:  9/7/2010

_____
JEREMY FOGEL
United States District Judge