Andrew V. Stearns, Esq. SBN 164849
Steven M. Berki, Esq. SBN 245426
**BUSTAMANTE, O'HARA & GAGLIASSO**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
astearns@boglawyers.com
sberki@boglawyers.com

M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

\* \* \*

| | |
|---|---|
| **FRANCISCO VALDEZ**, et al. ) | Case No.: C09-00176 RMW |
| ) | |
| Plaintiffs, ) | |
| ) | **AMENDED STIPULATION AND** |
| vs. ) | ~~**PROPOSED**~~ **ORDER GRANTING** |
| ) | **BRIEFING SCHEDULE FO PLAINTIFFS'** |
| **CITY OF SAN JOSE**, et al., ) | **MOTION FOR CLASS CERTIFICATION.** |
| ) | [*N.D. Civil Local Rule 6-1*]. |
| Defendants. ) | |
| ) | |
| ) | Date:  August 26, 2011 |
| ) | Time: 9:00 a.m. |
| ) | Ctrm: 3, 5th Floor |
| ) | Judge: Hon. Jeremy Fogel |

//

//

Page 1
AMENDED STIPULATION AND [PROPOSED] ORDER GRANTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.

1  IT IS HEREBY STIPULATED AND AGREED BY ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3      WHEREAS, by Order dated May 11, 2011 the Court granted the parties' Stipulation and
4  Proposed Order Granting Briefing Schedule for Plaintiffs' Motion for Class Certification.  [ECF
5  Docket No. 71].
6      WHEREAS, the Parties have been diligent in coordinating all matters necessary for the
7  Motion for Class Certification, responsive pleadings and relevant documentation.
8      WHEREAS, Plaintiffs intend to file and serve the Motion for Class Certification by June
9  24, 2011 in conformance with the Court's Order. [ECF Docket No. 71].
10     WHEREAS, the Parties agree that after substantive review and cataloging of police
11 reports disclosed pursuant to discovery, numerous reports must be replaced in order to
12 effectively provide statistical evidence to the Court.
13     WHEREAS, both Counsels have conflicts that make filing by June 24, 2011, and
14 opposing by July 22, 2011 punitive and difficult.
15     WHEREAS, defendants are currently in settlement discussions for the consolidated
16 cases of *Cicala* and *Heiman* which the parties believe requires clarification from the Court
17 prior to proceeding with the Motion for Class Certification.
18     WHEREAS, the parties agree that allowing further time for filing and responding to
19 Plaintiffs' Motion for Class Certification will preserve the parties' and Court's resources and
20 further benefit the issues subject of the Motion for Class Certification.
21     WHEREAS, the parties agree to extend Plaintiffs' time to file the Motion for Class
22 Certification by forty-two (42) days from June 24, 2011 to August 5, 2011.
23     WHEREAS, the parties agree to extend Defendants' Opposition to the Motion for Class
24 Certification by forty-two (42) days from July 22, 2011 to September 2, 2011.
25     WHEREAS, the parties agree to extend Plaintiffs' time to file Reply, if any, to plaintiffs'
26 Motion by forty-two (42) days from August 12, 2011 to September 23, 2011.
27
28

1  WHEREAS, the parties agree to the hearing date for Plaintiffs' Motion for Class
2 Certification by forty-two (42) days from August 26, 2011 to October 7, 2011.
3  NOW THEREFORE, the parties hereby agree and stipulate that this matter and all filing
4 deadlines associated with it, as ordered through prior Stipulations, are hereby extended by
5 forty-two (42) days to resolve all procedural and substantive matters necessary to proceed
6 with the Motion for Class Certification as more fully described herein.

KALLIS & ASSOCIATES, P.C.

Dated: June 13, 2011                     _____/S/_____
M. JEFFERY KALLIS, current co-counsel for plaintiffs

BUSTAMANTE O'HARA & GAGLIASSO, P.C.

Dated: June 13, 20101                    _____/S/_____
ANDREW V. STEARNS
STEVEN M. BERKI, current co-counsel for plaintiffs

OFFICE OF THE CITY ATTORNEY OF SAN JOSE

Dated: June 13, 20101                    _____/S/_____
CLIFF GREENBERG, counsel for defendants

**GENERAL ORDER 45(X)(B) STATEMENT**

Pursuant to General Order No. 45(X)(b), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendant CITY OF SAN JOSE and individual defendants, and that I have retained in my possession all signatures of counsel subject to this stipulation.

By     /S/
    Andrew V. Stearns

1
2
## [PROPOSED] ORDER

The Court, having considered the parties' Stipulation, the documents and records on file with the court, and finding good cause therefore, hereby orders:

Plaintiffs' Motion for Class Certification is to be filed by no later than Friday, August 5, 2011.

Defendants' Opposition to Plaintiffs' Motion for Class Certification is to be filed by no later than Friday, September 2, 2011.

Plaintiffs' Reply in Support of Motion for Class Certification is to be filed by no later than Friday, September 23, 2011.

The hearing on Plaintiffs' Motion for Class Certification is set for Friday, October 7, 2011.

IT IS SO ORDERED.

Dated: 6/30/11                                    By: _____
                                                      Hon. Jeremy Fogel
                                                      United States District Court Judge

AMENDED STIPULATION AND [PROPOSED] ORDER GRANTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.