\*\*E-Filed 8/17/2011\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| PAUL CICALA, ENRICO SAGULLO, ERICK SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, et al.<br><br>Defendants. | Case Number 5:08-cv-4032 JF (PSG)<br><br>ORDER[1] CLARIFYING ORDERS RELATING CLAIMS<br><br>[Re: Docket Nos. 25, 54] |

    On June 10, 2009, the Court issued an order relating claims in the instant case and a later-filed action pending before Judge Whyte, *Valdez, et al. v. City of San Jose, et al.*, Case No. 5:09-cv-00176 RMW (PSG).  On March 25, 2010, the Court also related claims in *Heiman v. Officer Johnson, et al.*, 5:09-cv-2617 EJD (PSG).   All three actions concern alleged civil rights violations by San Jose police officers in the enforcement of Cal. Pen. Code § 647(f), and all three seek relief pursuant to *Monell v. Dep't of Soc. Services*, 436 U.S. 658 (1989).  The Court concluded that it would promote judicial economy to coordinate the proceedings with respect to the *Monell* claims, although it expressly did not relate the individual plaintiffs' claims for damages.

---

    [1] This disposition is not designated for publication in the official reports.

1  The *Cicala* and *Heiman* Plaintiffs now wish to settle their *Monell* claims and have
2  requested an order clarifying that they may do so.  Administrative Motion Re: Right to Settle,
3  filed Aug. 5, 2011.  The *Valdez* Plaintiffs assert that in light of the Court's earlier rulings, the
4  *Monell* claims cannot be resolved without a global settlement involving all related cases.
5  However, nothing in the Court's previous rulings prohibits the parties from resolving their
6  *Monell* claims independently.  The Court hereby clarifies that the *Cicala* and *Heiman* plaintiffs
7  are free to settle their *Monell* claims as long as all parties to those actions, including the
8  municipal defendants, stipulate that any settlement will not have any effect on the claims or
9  defenses in the *Valdez* litigation.

**IT IS SO ORDERED.**

DATED: August 17, 2011

_____
JEREMY FOGEL
United States District Judge