**United States District Court**
For the Northern District of California

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   PAUL CICALA, et al.,                          No. C 08-04032 CW

5            Plaintiffs,                           ORDER OF REFERENCE
                                                   TO MAGISTRATE
6       v.                                         JUDGE

7   CITY OF SAN JOSE, et al.,

8            Defendants.
    _____/
9

10  FRANCISCO VALDEZ, et al.,                     No. C 09-00176 CW

11           Plaintiffs,

12      v.

13  CITY OF SAN JOSE, et al.,

14           Defendants.
    _____/
15

16  RONALD HEIMAN,                               No.  C 09-2617 CW

17           Plaintiff,

18      v.

19  OFFICER JOHNSON, et al.,

20           Defendants.
    _____/

21

22       Pursuant to Civil Local Rule 72-1 and the request of parties,

23  IT IS HEREBY ORDERED that the above-captioned case is referred to

24  Magistrate Judge Paul S. Grewal for a settlement conference to be

25  held at the convenience of the Magistrate Judge's calendar.

26  Counsel shall be advised of the date, time, and place of

27  appearance by notice from the assigned Magistrate Judge.  Although

28

there are three cases in different postures, the Court recommends
that all three be scheduled for the same day, and addressed in
separate sessions as necessary.  A magistrate judge will not be
able to devote the length of time or scheduling flexibility that a
private mediator would.  Counsel and the parties will be required
to adjust their calendars to the availability of the magistrate
judge.


Dated: 1/5/2012

CLAUDIA WILKEN
United States District Judge


Cc: MagRef; PSG

**United States District Court**
For the Northern District of California