M. Jeffery Kallis, SBN 190028
THE LAW FIRM OF **KALLIS** & ASSOCIATES p.c.
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.org

Andrew V. Stearns, SBN 164849
Steven M. Berki, SBN 245426
Gaurav D. Sharma, SBN 269123
**BUSTAMANTE ♦ O'HARA ♦ GAGLIASSO, PC**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
astearns@boglawyers.com
sberki@boglawyers.com
gsharma@boglawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FRANCISCO VALDEZ,** et al., <br>                 Plaintiffs, <br><br>   vs. <br><br> **CITY OF SAN JOSE,** et al., <br>                 Defendants. | Case No. 4:09-CV-00176 CW <br><br> STIPULATION AND ORDER STAYING ACTION FOR 45 DAYS AND RE-SETTING DATES AT A CMC TO BE SET AFTER THE 45 DAY STAY <br><br> Demand for Jury Trial |

      Whereas Plaintiff's Counsel has sent a Confidential Letter to the Court setting forth his current medical condition and requesting a 45 day stay in all proceedings, including hearings, discovery and motions;

      Whereas, Plaintiff's Counsel has contacted the attorneys for the defendants by e-mail and/or

telephone and advised them of the need for a stay and the fact that Plaintiffs' counsel will be having invasive surgery and then rehabilitation, defendants have agreed to stay all aspects of the action for 45 days from the 18th of January, 2012 until March 6, 2012.

Whereas, the medical condition of the Plaintiff's counsel will be determinable on or before the 6th of March, 2012, the parties agree that if a further stay is required, for medical reason, they will so stipulate at that time.

DATED: January 11, 2012               THE LAW FIRM OF *KALLIS* & ASSOCIATES p.c.

                                      By:   /s/
                                            M. Jeffery Kallis
                                            Plaintiff

DATED:  January 11, 2012              BUSTAMANTE  O'HARA & GAGLIASSO, PC

                                      By:   /s/
                                            ANDREW V. STEARNS
                                            STEVEN M. BERKI
                                            Plaintiff

DATED:  January 12, 2012              SAN JOSE CITY ATTORNEY'S OFFICE

                                      By:   /s/
                                            CLIFF GREENBERG
                                            For Defendant

Good Cause showing all current dates, hearings and activities are stayed until March 6, 2012, at which time a CMC will be scheduled to assess if additional time is needed for Plaintiff's Counsel's medical recovery and to establish new dates for all currently calendared activities.

**Related cases are not stayed.  Magistrate Judge Grewal will determine whether to go forward with the settlement conference on the other two cases or to continue all three.**

Dated:  January 13, 2012

_____
The Honorable Claudia Wilken
Judge of the Northern District Court

cc: PSG

STIPULATION AND ORDER STAYING ACTION FOR 45 DAYS AND RE-SETTING DATE AT A CMC
Page 2

# AFFIDAVIT OF SERVICE
STATE OF CALIFORNIA,
COUNTY OF Santa Clara

I, JESICA GIRON, hereby declare: I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the County of Santa Clara; My Business address is 333 W. San Carlos Street, San Jose CA, 95110. On January 12, 2012, I served the within: **STIPULATION AND ORDER STAYING ACTION FOR 45 DAYS AND RE-SETTING DATE AT CMC,** On all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

> Mr. Cliff Greenberg
> Office of the City Attorney of San Jose
> 200 E Santa Clara St.
> San Jose CA 95113

[X] BY MAIL: I am "Readily familiar" with the practice of collection and processing of correspondence for mail. Under that practice I would deposit the mail with the U.S. Postal Service at **San Jose CA** on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

[ ] BY HAND DELIVERY: I caused such envelope; to be hand delivered to the stated parties.

[ ] VIA TELEFACSIMILE: I caused such documents to be transmitted via tele-facsimile to the stated parties at their respective facsimile numbers.

[ ] VIA E-Mail (Electronic Transmission): I caused such documents to be delivered by electronic transmission to the persons at the electronic-email addresses indicated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on January 12, 2012, at San Jose CA.

_____/s/_____
Jesica Giron