IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CICALA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-04032 CW<br>    C 09-00176 CW<br>    C 09-02617 CW<br><br>ORDER CONTINUING<br>MARCH 15, 2012<br>CASE MANAGEMENT<br>CONFERENCE |

FRANCISCO VALDEZ, et al.,

    Plaintiffs,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.
_____/

RONALD HEIMAN,

    Plaintiff,

  v.

OFFICER JOHNSON, BADGE NO. 3827; et al.,

    Defendants.
_____/

    The March 15, 2012 case management conference scheduled for Cicala v. City of San Jose, C 08-04032 CW, and Heiman v. Officer Johnson, C 09-02617 CW, is continued to April 25, 2012 at 2 p.m. The parties in Valdez v. City of San Jose, C 09-00176 CW, shall also appear for the April 25, 2012 case management conference. The parties in all three actions shall file a joint case

1  management statement at least seven days in advance of the case
2  management conference.
3      IT IS SO ORDERED.
4
5  Dated: ĞĐFGĐG€FG
   _____
   CLAUDIA WILKEN
   United States District Judge