Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com

408-286-5150

Attorney for PAUL CICALA, ENRICO SAGULLO,
and ERICK SANCHEZ

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PAUL CICALA, ENRICO SAGULLO, ERICK SANCHEZ,<br><br>    *Plaintiffs*<br><br>v.<br><br>CITY OF SAN JOSE, ROBERT DAVIS, individually and in his capacity as the Chief of Police for the City of San Jose; OFFICER ORDAZ, A San Jose police officer; OFFICER HIGGINS, a San Jose police officer ; OFFICER MARFIA, BADGE NO. 3254, a San Jose police officer; OFFICER KYONO, A San Jose police officer; OFFICER SIEGEL, a San Jose police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers for the City of San Jose, the identity and number of whom are unknown to plaintiff; DOES 1 through 200,<br><br>    *Defendants.* | No. CV 08-04032 CW<br>Related Case: *Heiman v. Officer Johnson, et al.*, Northern District Case No.  CV 09-02617 CW; *Valdez, et al. v. City of San Jose, et al.*, Northern District Case No. C 09-00176 CW<br><br>STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO MAGISTRATE GREWAL FOR ALL PURPOSES AND UNRELATING THE *VALDEZ* MATTER |

//

The parties have met and conferred regarding assignment to a magistrate judge for all purposes.  The parties, having reached an agreement, are willing to stipulate to Paul S. Grewal for

Stipulation and [Proposed] Order     Page 1

all purposes provided that he agree to retain the case should he be appointed as a United States District Court judge.

Further, given the settlement posture of the case, the parties stipulate and request an order that the case be <u>unrelated</u> from the *Valdez* matter, case number C 09-00176 CW but <u>remain related</u> to the *Heiman* matter, case number CV 09-02617 CW.

Dated: 4 May 2012

/s/ Anthony Boskovich
_____
Anthony Boskovich
Attorney for plaintiff

/s/ Clifford Greenberg
_____
Clifford Greenberg
Attorney for defendants

**IT IS SO ORDERED.**

_____
Judge of the United States District Court


_____
Honorable Paul S. Grewal
Magistrate Judge of the United States District Court

Stipulation and [Proposed] Order                                                                 Page 2