M. Jeffery Kallis, SBN 190028
THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis@Kallislaw.org

Steven M. Berki SBN 245426
**BUSTAMANTE & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
sberki@boglawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| **FRANCISCO VALDEZ**, et al. | Case No. C09-00176 CW |
| Plaintiffs, | |
| vs. | JOINT STATEMENT OF PROPOSED TRIAL DATES |
| **CITY OF SAN JOSE**, et al., | **Date:** |
| Defendants. | **Time:** |
| | **Dept.:** |
| | **Judge:** Hon. Claudia Wilken |
| | **Location:**, California 94612 |
| | |
| | **Complaint Filed January 14, 2009** |

The parties have met and conferred on the dates for the final pretrial conference and the trial itself.

    Proposed Trial date           September 16, 2013, through Sept 25, 2013

    Proposed Pre-trial Conference    August 21, 2013, at 2 pm.

1  Date 3/7/2013                                    The Law Firm Of *KALLIS* & Associates, p.c.

2

3                                      _____/S/_____
                                              Jeff Kallis
4                                             Co-Counsel For Plaintiffs

5

6  Date 3/7/2013                            Office of the City Attorney for The City of San Jose

7

8                                      _____/S/_____
9                                             Ardell Johnson,
                                              Chief Deputy City Attorney
10

*IT IS SO ORDERED*
*Judge Claudia Wilken*
(United States District Court, Northern District of California — seal)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28