M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644
M_J_Kallis @Kallislaw.org

Steven M. Berki SBN 245426
**BUSTAMANTE & GAGLIASSO, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
sberki@boglawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **FRANCISCO VALDEZ**, et al.<br><br>         Plaintiffs,<br><br>vs.<br><br>**CITY OF SAN JOSE**, et al.,<br><br>         Defendants. | Case No. C09-00176 CW<br><br>JOINT STATEMENT OF PROPOSED TRIAL DATES<br><br>**Date:**<br>**Time:**<br>**Dept.:**<br>**Judge:** Hon. Claudia Wilken<br>**Location:**, California 94612<br><br><br>**Complaint Filed January 14, 2009** |

    The parties have met and conferred on the dates for the final pretrial conference and the trial itself.

    Proposed Trial date                September 16, 2013, through Sept 25, 2013

    Proposed Pre-trial Conference     August 21, 2013, at 2 pm.

1  Date 3/7/2013                                     The Law Firm Of *KALLIS* & Associates, p.c.

2

3                              _____/S/_____
                                Jeff Kallis
4                               Co-Counsel For Plaintiffs

5

6  Date 3/7/2013                        Office of the City Attorney for The City of San Jose

7

8                              _____/S/_____

9                                Ardell Johnson,

10                               Chief Deputy City Attorney

**IT IS SO ORDERED**

*[Signature]*

Judge Claudia Wilken

(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)