IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALDEZ, et al., | No. C 09-0176 |
| Plaintiffs, | ORDER |
| v. | |
| CITY OF SAN JOSE, et al, | |
| Defendants. | |

The Court requests that the parties consider consenting to a jury trial in this case before Magistrate Judge Paul S. Grewal. Magistrate Judge Grewal could provide flexibility with respect to the trial date. The parties could also consent to any other Magistrate Judge in the district upon whom they could agree. The parties shall return the enclosed consent/declination form within 7 days of the date of this order, indicating to which Magistrate Judge(s), if any, they would be willing to consent.

Dated: 4/8/2013

CLAUDIA WILKEN
United States District Judge

cc: PSG