IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALDEZ, et al, <br><br>    Plaintiffs, <br><br>  v. <br><br>CITY OF SAN JOSE, et al., <br><br>    Defendants. <br>_____/ | No. C 09-0176 CW <br><br>ORDER DENYING MOTION TO TRANSFER CASE TO SAN JOSE DIVISION <br>(Docket No. 176) |

    IT IS HEREBY ORDERED that the Motion to Transfer Case to San Jose Division filed on April 16, 2013, is DENIED.

    This case is assigned to, and will be tried before, the undersigned, in Oakland, unless the parties agree to consent to trial before a Magistrate Judge in San Francisco, Oakland or San Jose.  The parties shall meet and confer and submit their consent/declination forms within seven days of the date of this order.

Dated: 4/19/2013

                                    CLAUDIA WILKEN <br>
                                    United States District Judge