1

2

3                              UNITED STATES DISTRICT COURT

4                             NORTHERN DISTRICT OF CALIFORNIA

5

6

7    FRANCISCO VALDEZ, et al.,                    Case No.: 4:09-cv-0176 KAW

8            Plaintiffs,                          ORDER GRANTING DEFENDANTS
                                                  LEAVE TO FILE A SECOND MOTION FOR
9         v.                                      SUMMARY JUDGMENT; DENYING
                                                  DEFENDANTS' MOTION TO SEVER
10   CITY OF SAN JOSE, et al.,                     CLAIMS FOR TRIAL WITHOUT
                                                  PREJUDICE
11           Defendants.

12

13

14         Plaintiffs Francisco Valdez, Ricardo Vasquez, Daniel Martinez, and Jamil Stubbs filed

15   this case as a putative class action against the City of San Jose, San Jose Police Chief Robert

16   Davis, and San Jose Police Officers Agamau, Martin, Rickert, Wallace, and Orlando.

17         On June 13, 2013, Defendants filed a motion to sever Plaintiffs' claims for trial. The

18   Court held a hearing on the motion on July 25, 2013. Elisa Tolentino and Ardell Johnson

19   appeared for Defendants. Steven Berki appeared for Plaintiffs.

20         During the argument on Defendants' motion to sever, the Court and the parties discussed

21   which causes of action remained in the case after Judge Wilken's February 27, 2013 order on

22   Defendants' motion for summary judgment. The parties agreed that, despite language in the

23   conclusion of the order stating, "Defendants City of San Jose, Chief Davis, Officer Rickert, and

24   Officer Martin are entitled to summary judgment on all claims against them," analysis in the body

25   of the order made it clear that some of the state law claims against these Defendants remained to

26   be tried.

27

28

1

United States District Court
Northern District of California

1    However, as discussed in the undersigned's previous order to meet and confer, some of the

2    claims survived summary judgment merely because Defendants failed to present adequate

3    arguments to support granting summary judgment on the claims.  *See* Order Denying Motion For

4    Class Certification; Granting In Part And Denying In Part Motion For Summary Judgment, Dkt #

5    162 at 17, 31.  At the hearing on the motion to sever, defense counsel explained that they had

6    failed to fully brief their arguments for summary judgment on a number of claims merely because

7    they reached the page limitation set by Judge Wilken, and did not think that a request to exceed

8    the page limit was likely to be granted.

9    In addition, Plaintiffs argued at the hearing that even though they had been unable to

10   successfully oppose Defendants' motion for summary judgment on certain federal claims, they

11   could prevail on similar state law claims at trial, because they had obtained or would obtain

12   additional evidence of the City of San Jose's policies or practices concerning officer training.

13   Because there are a number of state law claims in the case that may be resolved through

14   summary judgment, the Court grants Defendants leave to, within 30 days of the date of this order,

15   file a second motion for summary judgment.

16   Because the outcome of the summary judgment motion may affect the severance analysis,

17   Defendants' motion to sever is denied without prejudice.  Defendants may move to sever

18   Plaintiffs' claims or re-file their previous motion after the Court rules on their second motion for

19   summary judgment.

20   It is so ORDERED.

21   Dated: July 29, 2013

22

23                                                    KANDIS A. WESTMORE
                                                      UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28