United States District Court
Northern District of California

FRANCISCO VALDEZ, et al.,

    Plaintiffs,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.

Case No.: CV 09-0176 KAW

ORDER REGARDING PLAINTIFFS' UNUSABLE CHAMBERS COPY OF OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the chambers copy of Plaintiffs' Opposition to Defendants' Second Motion for Summary Judgment and/or Partial Summary Judgment, Dkt. No. 209, and accompanying exhibits, Dkt. Nos. 204, 205, 206, 207, and 208, were submitted in a format that is not usable by the court.

The chambers copy is not usable because it

- ☒ consists of a stack of loose paper wrapped with a rubber band;
- ☐ consists of a stack of loose paper fastened with a binder clip or a paper clip;
- ☒ is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;
- ☒ has no tabs for the voluminous exhibits;
- ☒ includes exhibits that are illegible;
- ☐ includes exhibits that are unreadable because the print is too small;
- ☒ includes text and/or footnotes in a font smaller than 12 point;

1 ☐ includes portions or exhibits that are redacted because the submitting party
2 has requested leave to file those portions under seal; or
3 ☐ is not usable for another reason –

The paper used for the above-described chambers copy has been recycled by the court. Plaintiffs shall submit a chambers copy in a format that is usable by the court no later than **October 1, 2013 at 5:00 p.m.**

IT IS SO ORDERED.

Dated: September 27, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2