# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALDEZ, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No.: 4:09-cv-0176 KAW<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE |

　　　On October 3, 2013, the court ordered Plaintiffs to show cause why portions of their Opposition to Defendants' Second Motion for Summary Judgment and/or Partial Summary Judgment should not be stricken. Plaintiffs filed a timely response to the order to show cause.

　　　Accordingly, the court's October 3, 2013 show cause order is hereby discharged.

　　　IT IS SO ORDERED.

DATE: October 17, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge