# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALDEZ, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SAN JOSE, et al., <br><br> Defendants. | Case No.: 4:09-cv-0176 KAW <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE |

On October 3, 2013, the court ordered Plaintiffs to show cause why portions of their Opposition to Defendants' Second Motion for Summary Judgment and/or Partial Summary Judgment should not be stricken. Plaintiffs filed a timely response to the order to show cause.

Accordingly, the court's October 3, 2013 show cause order is hereby discharged.

IT IS SO ORDERED.

DATE: October 17, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge