UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO VALDEZ, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN JOSE, et al.,<br><br>    Defendants. | Case No.: 4:09-cv-0176 KAW<br><br>ORDER REGARDING PLAINTIFFS' MOTION FOR CLARIFICATION |

On December 5, 2013, Plaintiffs filed a request for clarification of the court's amended order regarding the defendants' second motion for summary judgment. (Mot. for Clarification, Dkt. No. 230.) The court construes Plaintiffs' filing as a motion for administrative relief pursuant to Civil Local Rule 7-11. In accordance with that Civil Local Rule, the defendants may file a response to Plaintiffs' motion within 4 days of the date of this order. The court will issue its order on the request for clarification once that time period has elapsed, whether or not the defendants elect to file a response.

IT IS SO ORDERED.

Dated: December 9, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1