M. JEFFERY KALLIS, Esq. SBN 190028
The Law Firm of KALLIS & Assoc. p.c.
River Park Tower
333 W. San Carlos St., 6th Floor
San Jose, California 95110
Tel: 408-971-4655
Fax: 408-971-4644
Jeff_Kallis@Kallislaw.com

STEVEN M. BERKI, Esq., SBN 212434
**BUSTAMANTE & GAGLIASSO P.C.**
River Park Tower
333 W. San Carlos St., 6th Floor
San Jose, California 95110
Tel: 408-977-1911
Fax: 408-977-0746
sberki@BOGLAWERS.com

Attorneys for Plaintiffs

ARDELL JOHNSON, Chief Deputy City Attorney, SBN 95340
CLIFFORD GREENBERG, Senior Deputy City Attorney, SBN 122612
**San Jose City Attorney's Office**
200 East Santa Clara Street
San Jose, CA 95113- 1905
Tel: 408-535-1900
Fax: 408-998-3131
CAO.Main@sanjoseca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Francisco Valdez,** et al.,<br>　　　　Plaintiffs,<br>　vs.<br><br>**City of San Jose,** et al.,<br>　　　　Defendants. | ) Case No.  C09- 00176KAW<br>)<br>) STIPULATION AND ~~PROPOSED~~ ORDER FOR CONTINUING<br>) TRIAL DATE as modified by the Court<br>)<br>)<br>) Trial: **June 30, 2014**<br>)<br>)<br>)<br>) |

TO THE HONORABLE COURT:

The parties to this action, by and through their attorneys of record, Ardell Johnson for defendants and Jeff Kallis for plaintiffs, hereby stipulate as follows:

1. On April 7, 2014 upon the Defendant's request, the stipulating parties agreed upon continuing the Martinez trial to a later date.

2. On May 6, 2014, the Court was contacted and agreed to September 22, 2014 as the new date for the Martinez trial.

3. On May 6, 2014, the Plaintiffs were notified and agreed to September 22, 2014 as the new date for the Martinez trial.

4. In accordance with the Defendant's request for continuance of the trial dates and Plaintiff's agreement thereto, Plaintiff's counsel made other commitments during the time of the original trial dates.

5. Defendants have not yet filed the stipulation for continuance of trial with the Court and have suddenly become available for the original trial date.

6. Plaintiff's counsel is unable to change the newly scheduled commitments.

7. Accordingly, the parties request that the trial of this matter be extended from June 30, 2014, to September 22, 2014 as previously agreed to by opposing counsel and the Court.

Date:  May 22, 2014                                The Law Firm of *Kallis* & Associates, p.c.

_____/s/_____
M. Jeffery Kallis, for Plaintiffs

Date: May 22, 2014                                **BUSTAMANTE & GAGLIASSO, P.C.**

_____/s/_____
Steven M. Berki, for Plaintiffs

| | |
|---|---|
| Date: May 22, 2014 | San Jose City Attorney's Office |
| | _____/s/_____ |
| | Ardell Johnson, for Defendants |
| Date: May 22, 2014 | San Jose City Attorney's Office |
| | _____/s/_____ |
| | Clifford Greenberg, for Defendants |

Good Cause Showing, the Court Orders that the dates for Jury Trial shall be extended from June 30, 2014 to September 22, 2014.  ~~Should the parties need additional time they are to submit a supplemental stipulation at least 3 Court days prior to June 30, 2014.~~

Dated: 05/28/2014

The Honorable Kandis A. Westmore

*/s/ Kandis Westmore*
Magistrate Judge
United States District Court
Northern District Of California

Plaintiff certifies that he has received authority from the other parties to submit this Order and Stipulation.

Date:  May 6, 2014

The Law Firm of *KALLIS* & Associates, p.c.

_____/s/_____
M. Jeffery Kallis, for Plaintiffs