M. Jeffery Kallis, SBN 190028
**THE LAW FIRM OF KALLIS & ASSOCIATES, P.C.**
333 W. San Carlos St., 8th Floor
San Jose, CA 95110
Telephone: (408) 971-4655
Facsimile: (408) 971-4644

Steven M. Berki, SBN 245426
**BUSTAMANTE ♦ GAGLIASSO, P.C.**
River Park Tower
333 W. San Carlos St., 8th Floor
San Jose, California  95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
sberki@boglawyers.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

* * *

| | |
|---|---|
| **JAMIL STUBBS**, ) | Case No.: 4:09-cv-00176-KAW |
| ) | |
| Plaintiff, ) | |
| ) | **REQUEST AND [PROPOSED] ORDER** |
| vs. ) | **FOR ENTRY INTO AND USE OF** |
| ) | **ELECTRONIC EQUIPMENT AT TRIAL** |
| **BRANDON ORLANDO**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff hereby submits to the Court a list of the electronic equipment to be used during trial and requests the Court enter an Order permitting the following electronic and audiovisual equipment to be used for the display of depositions, demonstratives, exhibits and graphics - all of which will aid the Court and Jury in reviewing the presentations and evidence submitted during trial:

1)    One Canon Video Visualizer (Commonly referred to as an "Elmo");

2)    One LCD Projector;

1  3)  Two Laptop computers;

2  4)  One External Hard Drives;

3  5)  One Small Table/Cart;

4  6)  One tri-pod;

5  7)  One platen tops for tri-pod;

6  8)  A set of portable stereo speakers;

7  9)  Large tripod projection screen; and

8  10) A large bag with various cables, power cords, power strips, duct tape and other items
9  for cable safety.

10  The above listed equipment will be brought into the courtroom and operated by
11  Plaintiff's counsel M. Jeffery Kallis and Steven M. Berki.

12  The Court has inherent power to manage the proceedings for it and its courtrooms. *See*
13  United States v. Grace, 526 F.3d 499, 509 (9th Cir. 2008) ("Judges exercise substantial
14  discretion over what happens *inside* the courtroom. [Citations] We have accepted that '[a]ll
15  federal courts are vested with inherent powers enabling them to
16  manage their cases and courtrooms effectively...' [Citations].")

17  Due to the need for audio visual and electronic equipment, plaintiff requests the Court
18  allow these items into the Courtroom prior to June 16, 2014, the first day of trial in the Stubbs
19  v. Orlando matter.

20  Dated: June 11, 2014                                    BUSTAMANTE & GAGLIASSO, P.C.

21

22                                                          By:_____/s/_____
                                                            Steven M. Berki, Counsel of Record
23                                                          for Plaintiff

24  Dated: June 11, 2014                                    KALLIS & ASSOCIATES, P.C.

25

26                                                          By:_____/s/_____
                                                            M. Jeffery Kallis, Counsel of Record
27                                                          for Plaintiff

28

**[PROPOSED]** **ORDER**

The Court, having considered the parties' Request to Allow Electronic Equipment in the Courtroom, the documents and records on file with the court, and finding good cause therefore, hereby orders:

Plaintiff's request regarding the entry into and use of electronic equipment in the courtroom is granted. Items allowed entry to the courtroom include the following:

1) One Canon Video Visualizer (Commonly referred to as an "Elmo");
2) One LCD Projector;
3) Two Laptop computers;
4) One External Hard Drives;
5) One Small Table/Cart;
6) One tri-pod;
7) One platen tops for tri-pod;
8) A set of portable stereo speakers;
9) Large tripod projection screen; and
10) A large bag with various cables, power cords, power strips, duct tape and other items for cable safety.

Counsel is ordered to provide a copy of this Order to the U.S. Marshall upon entry into the United States Courthouse, Oakland, California.

IT IS SO ORDERED.

Dated: 06/13/14                             By: _____
                                                Hon. Kandis A. Westmore
                                                United States Magistrate Judge