1  M. Jeffery Kallis, SBN 190028
   THE LAW FIRM OF *KALLIS* & ASSOCIATES, P.C.
2  333 W. San Carlos St., 8th Floor
   San Jose, CA 95110
3  Telephone: (408) 971-4655
   Facsimile: (408) 971-4644
4
5  Steven M. Berki, SBN 245426
   **BUSTAMANTE ♦ GAGLIASSO, P.C**
6  River Park Tower
   333 W. San Carlos St., 8th Floor
7  San Jose, California  95110
   Telephone: (408) 977-1911
8  Facsimile: (408) 977-0746
   sberki@boglawyers.com
9
   Attorneys for Plaintiff
10
   RICHARD DOYLE, City Attorney (88625)
11 NORA FRIMANN, Assistant City Attorney (93249)
   ARDELL JOHNSON, Chief Deputy City Attorney (95340)
12 CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
   Office of the City Attorney
13 200 East Santa Clara Street, 16th Floor
   San José, California  95113-1905
14 Telephone Number: (408) 535-1900
   Facsimile Number:  (408) 998-3131
15 E-Mail Address:  cao.main@sanjoseca.gov

16 Attorneys for OFFICER ORLANDO

17                        UNITED STATE DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

19                                 OAKLAND DIVISION

20                                       * * *

21 **JAMIL STUBBS**,                    )   Case No.: 4:09-cv-00176-KAW
                                        )
22             Plaintiff,               )
                                        )   *SECOND AMENDED* STIPULATION OF
23 vs.                                  )   DISMISSAL
                                        )   *Fed. R. Civ. P. §41(a)(1)(A)*
24 **BRANDON ORLANDO**,                 )
                                        )
25             Defendant.               )
                                        )
26
27
28

---
PAGE 1
*SECOND AMENDED* STIPULATION OF DISMISSAL WITH PREJUDICE          CASE NO.: 4:09-cv-00176-KAW

1  **IT IS HEREBY STIPULATED** by and between plaintiff Jamil Stubbs ("Plaintiff") and
2  defendant Officer Orlando ("Defendant") that in response to the Court's Order [ECF Docket
3  No. 267] and after having met and conferred, certain actions should be dismissed with
4  prejudice.
5       The parties thereby agree as follows:
6       Plaintiff's claims for excessive force under the Fourth Amendment, conspiracy under
7  42 U.S.C. § 1985, and negligence are hereby dismissed with prejudice.
8       All claims and parties dismissed by way of this Stipulation are in return for a waiver
9  of fees and costs as to these dismissed causes of action by defendants to be memorialized in
10 a separate settlement agreement to be prepared and drafted by the parties. This Stipulation
11 and Dismissal is brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).
12       **IT IS SO STIPULATED.**

13 Dated: June 16, 2014                               BUSTAMANTE & GAGLIASSO, P.C.

15                                          By:_____/s/_____
                                                Steven M. Berki, Counsel of Record
16                                              for Plaintiff

17 Dated: June 16, 2014                               KALLIS & ASSOCIATES, P.C.

19                                          By:_____/s/_____
                                                M. Jeffery Kallis, Counsel of Record
20                                              for Plaintiff

21
   Dated: June 16, 2014                               OFFICE OF THE CITY ATTORNEY OF
22                                                    SAN JOSE

24                                          By:_____/s/_____
                                                Ardell Johnson
25                                              Counsel of Record
                                                for Defendant

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*

_____PAGE 2
*SECOND AMENDED* STIPULATION OF DISMISSAL WITH PREJUDICE          CASE NO.: 4:09-cv-00176-KAW